Opinion filed October 21, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed October 21,
2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00263-CR 

                                                    __________

 

                                          Octavio Molina, Appellant

 

                                                             V.

 

                                            State
of Texas, Appellee

 



 

                                        On
Appeal from the County Court at Law

 

                                                       Rockwall
County, Texas

 

                                               Trial Court Cause No. CR04-0704

 



 

                                                                   O
P I N I O N

Octavio Molina has filed in this court a motion to dismiss
his appeal.  In his motion, appellant
requests that his notice of appeal be withdrawn and that his appeal be
dismissed.  The motion is signed by both
appellant and his attorney.

The
motion is granted, and the appeal is dismissed.

 

October 21, 2005                                                                    PER
CURIAM

Do not
publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Wright, C.J.,
and

McCall, J., and
Strange, J.